AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

Roberto Acosta-Huerta
DOB:
PDID:

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 16, 2006__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

an alien who previously has been deported and removed from the United States, was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official, as required by laws of the United States

in violation of Title __8__ United States Code, Section(s) __1326(a)__.

I further state that I am __Michael Kowalski, Special Agent with the U.S. Immigration and Customs Enforcement__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

Signature of Complainant
Michael Kowalski, Special Agent
U.S. Immigration and Customs Enforcement

AUSA, Frederick Yette   (202) 353-1666
Sworn to before me and subscribed in my presence,

_____  at  __Washington, D.C.__
Date                                              City and State

_____         _____
Name & Title of Judicial Officer                  Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF COMPLAINT
### Roberto ACOSTA-HUERTA

I, Michael Kowalski, being duly sworn, depose and state:

1. I am a Special Agent for United States Immigration and Customs Enforcement ("ICE"), which was formed from federal agencies previously known as the United States Customs Service and the Immigration and Naturalization Service ("INS"). I have been employed by the Customs Service and ICE since 2000 and I am currently assigned to the ICE Special Agent in Charge, Washington, D.C. Office, (SAC/DC) in Fairfax, Virginia.

2. My duties as a Special Agent with ICE include, but are not limited to investigating the illicit manufacture of immigration documents and other related violations of the Immigration and Nationality Act and to seek, where applicable, prosecution and deportation of those violators. These duties also include investigating cases involving persons who have illegally reentered the United States after prior deportation or removal.

3. The information contained in this affidavit is based on my personal knowledge, observations, and interviews conducted during the course of this investigation, information conveyed to me by other law enforcement officials, and my review of records, documents and other physical evidence to support my request for a criminal complaint and warrant for arrest.

1

4.   This affidavit contains information necessary to support probable cause for this application.  This affidavit is not intended to include each and every fact and matter observed by me or known by the government.

6.   This affidavit is submitted in support of a criminal complaint and warrant for arrest charging Roberto ACOSTA-HUERTA with unlawful reentry after deportation, in violation of Title 8, United States Code, Section 1326.

7.   ACOSTA-HUERTA is a native and citizen of Mexico.

8.   On July 18, 2001, ACOSTA-HUERTA was arrested by the INS in Detroit, Michigan during the execution of a search warrant for the possession and sale of fraudulent documents. ACOSTA-HUERTA was found to be an illegal alien in the United States and was ordered deported by an Immigration Judge on March 27, 2002, at Detroit, Michigan.  However, he was not immediately deported pursuant to that order of deportation.

9.   On April 2, 2005, ACOSTA-HUERTA was arrested by ICE in Rockville, Maryland for theft. Subsequently, on June 14, 2005, ACOSTA-HUERTA was deported from the United States to Mexico, at Brownsville, Texas, pursuant to the order of removal issued on March 27, 2002.

10.  On January 6, 2006, ACOSTA-HUERTA was arrested by ICE in the District of Columbia in connection with Operation Card Shark.  During an interview of ACOSTA-HUERTA, he admitted that he

had illegally re-entered the United States without permission after previously being deported. The order of removal issued on March 27, 2002 was reinstated and ACOSTA-HUERTA was deported to Mexico on January 24, 2006.

    11. On December 16, 2006, the Metropolitan Police arrested ACOSTA-HUERTA for aggravated assault while he was in the 1700 block of Columbia Road, N.W., in the District of Columbia.

    12. On March 12, 2007, ACOSTA-HUERTA was interviewed by ICE agents and he admitted that he was an illegal alien, who had been deported twice. ACOSTA-HUERTA stated that he had re-entered the United States illegally, sometime during the month of June, 2006, without seeking permission from the Secretary of Homeland Security.

    13. I have reviewed the files and documents associated with ACOSTA-HUERTA that are maintained by ICE, and there is no indication that ACOSTA-HUERTA has ever applied for permission to legally reenter the United States following his removal to Mexico on either June 14, 2005 or January 24, 2006. If such applications had ever been made, they would be in ACOSTA-HUERTA's files. Furthermore, based upon my observation of ACOSTA-HUERTA in person, on March 12, 2007, and my comparison of a photograph of the ACOSTA-HUERTA who was deported on June 14, 2005, and January 24, 2006, I am certain that they are the same individual.

14.  Based on the foregoing, I respectfully submit that there is probable cause to believe that, Roberto ACOSTA-HUERTA is an alien present in the United States who has previously been deported or removed from the United States, and has been found in the United States without first having obtained the express consent of the Attorney General of the United States, or the Secretary of Homeland Security to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Michael Kowalski
Special Agent
Immigration & Customs Enforcement

Sworn to and subscribed before me this \_\_\_\_\_ day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE