UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | **CRIMINAL NO. 07-00101M (JMF)** |
| : | |
| **v.** : | |
| : | |
| **ROBERTO ACOSTA-HUERTA,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Angela Hart-Edwards, at telephone number **(202) 307-0031** and/or email address **Angela.Hart-Edwards@usdoj.gov**. **Angela Hart-Edwards**, will substitute for former Assistant United States Attorney **Frederick W. Yette**, as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR,
United States Attorney

_____
**Angela Hart-Edwards,**
**PA Bar #61468**
**Assistant United States Attorney**
**Federal Major Crimes**
**555 4th Street, NW, Room 4241**
**Washington, DC 20530**
**(202) 307-0031**